IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02021-WJM-CBS

RONALD MUKASA MAITEKI,
    Plaintiff,
v.

MARTEN TRANSPORT LTD., with corporate offices at 129 Marten Street, Mondovi, WI 54755,
KNIGHT TRANSPORTATION INC., 5601 W. Buckeye Rd, Phoenix Arizona 85043, and
SWIFT TRANSPORTATION CORPORATION INC., 2200 S. 75th Ave. Phoenix Arizona 85043,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on "Plaintiff's Combined Motion for Joinder of a Party (Fed. R. Civ. P. 20(a)(2), Joinder of Claims and Remedies (Fed. R. Civ. P. 18) and for Leave of Court to Amend First Amended Complaint (Fed. R. Civ. P. 15)."  Pursuant to the Order Referring Case dated August 3, 2012 (Doc. # 5) and the memorandum dated March 4, 2014 (Doc. # 106), this matter was referred to the Magistrate Judge.   No party opposes the motion.   The court being sufficiently advised in the premises, IT IS ORDERED that:

    1.    "Plaintiff's Combined Motion for Joinder of a Party (Fed. R. Civ. P. 20(a)(2), Joinder of Claims and Remedies (Fed. R. Civ. P. 18) and for Leave of Court to Amend First Amended Complaint (Fed. R. Civ. P. 15)" (filed March 3, 2014) (Doc. # 104) is GRANTED.

    2.    Plaintiff's tendered Second Amended Complaint (Doc. # 104-1) is accepted for filing as of the date of this Order.   The Clerk of the Court shall docket Doc. # 104-1 as the Second Amended Complaint.

    3.    Defendants shall answer or otherwise respond within 21 days after service by the Plaintiff of the Second Amended Complaint.

DATED at Denver, Colorado, this 7th day of March, 2014.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge