IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 12-cv-02021-WJM-CBS | Date: September 18, 2014 |
| c/w 14-cv-01939 WJM-CBS | |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                              *Counsel:*

RONAD MUKASA MAITEKI,                         Andrew Nyombi
                                                                        Ikechukwu Emejuru
Plaintiff,

v.

MARTEN TRANSPORTATION LTD,          John Gardner
KNIGHT TRANSPORTATION INC,            Carol Thomson
HIRE RIGHT INC,                                          Chad Kaldor
SWIFT TRANSPORTATION CO OF ARIZONA
LLC,                                                                William Wright
VOYAGER EXPRESS INCre                             Bobby Riley

Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING AND STATUS CONFERENCE**

**Court in session: 01:26 p.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Dispositive Motions Deadline: **May 8, 2015**.
Each side shall be limited to 3 expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: March 6, 2015**
Parties shall designate rebuttal experts **on or before: April 6, 2015**

**FINAL  PRETRIAL CONFERENCE** is to be set at a later date.

**Status conference is set for 9:15 a.m. on Tuesday, May 19, 2015.** Parties may attend by telephone.

**ORDERED:**

The Unopposed MOTION for Order to *Enter Stipulated FRE 502(D) and (E) Clawback Order* by Defendant Hire Right Inc. [rec. doc.145] is GRANTED

Hearing concluded.

**Court in recess: 2:44 p.m.**
Total time in court   01:14

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.