**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-2021-WJM-CBS

RONALD MUKASA MAITEKI

    Plaintiff,

v.

KNIGHT TRANSPORTATION INC.,
HIRE RIGHT INC., and
MARTEN TRANSPORT LTD

    Defendants,

v.

VOYAGER EXPRESS INC.,

    Consolidated Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss Knight Transportation Inc., filed November 13, 2014 (ECF No. 170).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  Defendant Knight Transportation Inc., is hereby DISMISSED WITH PREJUDICE.  Each party shall pay his or its own attorney's fees and costs.

Dated this 14th day of November, 2014.

BY THE COURT:

_____

William J. Martínez  
United States District Judge