**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2021-WJM-CBS

RONALD MUKASA MAITEKI,

      Plaintiff,

v.

KNIGHT TRANSPORTATION INC.,
HIRE RIGHT INC.,
MARTEN TRANSPORT LTD, and
VOYAGER EXPRESS INC.,

      Defendants,

---

## ORDER GRANTING PLAINTIFF'S MOTION TO SEVER AND OPENING NEW CASE

---

Before the Court is Plaintiff's Unopposed Motion to Sever Case Against HireRight Inc. from the Current Consolidated Action Pursuant to Fed. R. Civ. P. 20(b), 21 and 42(b).  (ECF No. 207.)  Plaintiff brings this motion because Defendant HireRight Inc. ("HireRight") recently filed for bankruptcy protection, thus staying all proceedings against HireRight.  (*See* ECF No. 201.)  The two defendants not in bankruptcy, Marten Transport Ltd. and Voyager Express, Inc., do not oppose this motion.  HireRight has filed no opposition and the time to file an opposition has passed.

Considering the age of this case, the Court ORDERS as follows:

1.    Plaintiff's Unopposed Motion to Sever Case Against HireRight Inc. from the Current Consolidated Action Pursuant to Fed. R. Civ. P. 20(b), 21 and 42(b) (ECF No. 207) is GRANTED.

2.    The Clerk SHALL OPEN a new case for the claims brought by Plaintiff against HireRight.

3.    The Clerk SHALL INCLUDE the following filings in the newly opened matter:[1]

   a.    Second Amended Complaint (ECF No. 108).

   b.    Defendant HireRight, Inc.'s Amended Answer to Plaintiff's Second Amended Complaint (ECF No. 136).

   c.    Consolidated Complaint (ECF No. 157).

   d.    Joint Stipulation that Defendants Need Not Further Respond to Plaintiff's Consolidated Complaint (ECF No. 160).

   e.    Second Amended Stipulation and Protective Order (ECF No. 167).

   f.    Amended FRE 502(D) and (E) Clawback Stipulation and Order (ECF No. 168).

   g.    Order Granting in Part HireRight's Motion for Partial Judgment on the Pleadings (ECF No. 197).

   h.    Suggestion of Bankruptcy (ECF No. 201 and 201-1).

   i.    A copy of this Order.

4.    Plaintiff and HireRight are ORDERED to file all future documents regarding their dispute in the new case being opened as a consequence of this order.

---

[1] The newly opened case will be cross-linked to the above-captioned action as a "Related Case" so all other documents previously filed in this case will be incorporated by reference.

Dated this 7th day of April, 2015.

BY THE COURT:

William J. Martinez
United States District Judge