IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 12-cv-02021-WJM-CBS        Date:  August 31, 2015
Courtroom Deputy:                        FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| RONALD MUKASA MAITEKI, | Andrew Nyombi |
|  | Ikechukwu Emejuru |
| Plaintiff, |  |
| v. |  |
| HIRERIGHT INC. |  |
| VOYAGER EXPRESS, INC. | Jennifer Schlatter |
|  | Antonio Converse |
| MARTEN TRANSPORT, LTD. | Stephen DiTullio |
| Defendants. |  |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:30 p.m.**
Court calls case.  Appearances of counsel. Stephen DiTullio appeared by telephone on behalf of Marten Transport, Ltd.

**ORDERED:**

For the reasons stated on the record, the [223] MOTION for Contempt *of Court Finding and For Contempt Sanctions Against Defendant Voyager Express Inc., and its Officers Stacy Lee and Kate LeBrun filed* by Plaintiff Ronald Mukasa Maiteki is DENIED.

HEARING CONCLUDED.

**Court in recess: 03:36 p.m.**
Total time in court: 02:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.